UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– v. –<br><br>JAVAUGHN HORTON and<br>MARKEL EURE,<br><br>                    Defendants. | **Unsealing Order**<br><br>S1 23 Cr. 526 |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Brandon D. Harper;

It is found that the Superseding Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
         December 11, 2023

_____
HONORABLE JESSICA G. L. CLARKE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK