

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2023

<u>BY ECF</u>
The Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Javaughn Horton and Markel Eure*, S1 23 Cr. 526 (JGLC)

Dear Judge Clarke:

The Government respectfully writes to request that the Court extend the discovery production deadline of Friday, December 22, 2023 to Friday, January 12, 2023. The Government has continued to make rolling discovery productions since the Court granted the Government's first extension request. The Government has also begun making discovery productions to defendant Markel Eure. We anticipate making additional discovery productions, including of certain electronic devices and accounts, but expect that the review of electronic materials will likely continue until early January. Counsel for both defendants consent to this request.

The parties also respectfully request that counsel for the defendants be granted an extension of time to declare any pretrial motions. The Court initially set the date of the next conference, January 3, 2024, as the date whereby counsel must identify any potential motions. Since the last conference, however, counsel for Mr. Horton has been participating in a federal criminal trial in this District and counsel for Mr. Eure have been added to this matter. Accordingly, the parties respectfully request that they be permitted to propose a pretrial motions schedule during the next conference, on January 3, 2024. Such an extension will permit counsel time to review the Government's discovery and confer with their clients about any pretrial motions. The Government consents to this request.

Thank you for the Court's consideration.

Application GRANTED. The discovery production deadline is EXTENDED to January 12, 2024. Parties should be prepared to discuss a briefing schedule on pretrial motions during the next scheduled status conference on January 3, 2024. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 21.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 20, 2023
New York, New York

by: _/s/_____
Brandon D. Harper
Assistant United States Attorney
(212) 637-2209

cc: Counsel (Via ECF)