UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MARKEL EURE

Defendant.

23-CR-526-2 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The sentencing in this matter as to Mr. Eure, previously scheduled for September 11,

2024, is reschedule for **October 29, 2024, at 11:00 a.m.** in Courtroom 11B of the United States

Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated: July 18, 2024
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge